## *Ex parte* NATHAN SPRINGER on *Habeas Corpus.*

No BAIL IN CAPITAL CASES.—When a party stands indicted for a capital offense, and it is not admitted by the prosecution that the offence is less than capital, and no facts being produced to warrant any other conclusions, he will not be admitted to bail.

WHAT WILL NOT BE INQUIRED INTO ON HABEAS CORPUS.—The fact that the Grand Jury that found the indictment, was illegal, will not be considered upon hearing of *Habeas Corpus.*

THE Grand Jury, by which the Petitioner had been indicted for the crime of murder was held to have been illegally organized, whereupon the petitioner, applied to the Court to be admitted to bail.

*Baskin & De Wolfe,* for Petitioner.

*Wm. Carey,* for Respondent.

BOREMAN, J., delived the Opinion of the Court.

This case is submitted to us upon the question of the power of the Court to admit the petitioner to bail.

The statute says that the Court is authorized to admit to bail except in "capital cases." The party stands indicted for a capital offense, and it is not admitted by the prosecution that this is less than a capital case, and there are no facts to warrant any other conclusion, or that this would be an exception. The fact that the Grand Jury which found the indictment was illegal will not be considered, as we conceive that we should stand upon the indictment. The petitioner will not be admitted to bail, and his petition is denied.

The other judges concurred.